# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ricky Odom,

    Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.        3:05-cv-471-1-MU

Todd Pinion

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2005 Order.

**Signed: November 29, 2005**

Frank G. Johns, Clerk
United States District Court